Karla Davis
4/17/18
X6741

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 4/17/18
APR 17 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No._____ |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 18, U.S.C., Section 1544 |
| Leonardo GUTIERREZ-Cabrera, ) | Misuse of Passport |
| Defendant. ) | |

**18MJ1806**

The undersigned complainant being duly sworn states:

On or about April 16, 2018, within the Southern District of California, defendant, Leonardo GUTIERREZ-Cabrera, did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting U.S. Passport number XXXXX7346, issued to E.A.L.S., to a Department of Homeland Security, Customs and Border Protection Officer, knowing fully well that he was not E.A.L.S., and that the passport was not issued or designed for his use. All in violation of Title 18, United States Code, Section 1544.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Linnet Edasi, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence this 17th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
ANDREW G. SCHOPLER



## PROBABLE CAUSE STATEMENT

On April 16, 2018, at approximately 9:01 A.M., Leonardo GUTIERREZ-Cabrera, the Defendant, made application for admission into the United States from Mexico at the San Ysidro, California Port of Entry. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a United States passport bearing the name E.A.L.S., with number XXXXX7346. Defendant told the CBP Officer he was going to Chula Vista, California with nothing to declare from Mexico. The CBP Officer suspected Defendant was not the lawful owner of the document he presented and requested additional identification which Defendant was not able to produce. The CBP Officer asked to see Defendant's wallet, which contained nothing other than his money. The CBP Officer elected to refer and escort secondary inspection for further investigation.

In secondary, a more thorough inspection confirmed that the United States Passport presented was not lawfully issued to him. Defendant was queried by fingerprint and photograph through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS) which confirmed Defendant's identity, criminal history and linked Defendant to an FBI record. Service records contain no evidence that Defendant has any legal documents to enter the United States.