

**FILED**
May 14 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ yesenlab  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '18 CR2379 BAS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 18, U.S.C., Section 1544 - Misuse of Passport (Felony) |
| LEONARDO GUTIERREZ-CABRERA, | |
| Defendant. | |

The United States Attorney charges:

On or about April 16, 2018, within the Southern District of California, defendant, LEONARDO GUTIERREZ-CABRERA, willfully and knowingly used and attempted to use, a United States Passport, which had been issued and designed for the use of another person, in that, defendant presented said Passport to a Department of Homeland Security, Customs and Border Protection Officer, at the San Ysidro, California Port of Entry, with the intent to gain entry to the United States, in violation of Title 18, United States Code, Section 1544, a felony.

DATED: 5/14/18

ADAM L. BRAVERMAN
United States Attorney

JULIA CRISTE
Special Assistant U.S. Attorney

JUCR:lf:5/7/2018