# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 18CR2379-BAS |
| --- | --- | --- |
| vs | ) | ABSTRACT OF ORDER |
| Leonardo Gutierrez-Cabrera (1) | ) | Booking No. 68610298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 6/25/2018
the Court entered the following order:

_____X_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____X_____ Defendant sentenced to TIME SERVED, supervised release for NO years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

**CYNTHIA A. BASHANT**

UNITED STATES (DISTRICT)/MAGISTRATE JUDGE

OR

JOHN MORRILL     Clerk
by    S. Michele
       Deputy Clerk

Received _____
          DUSM

Crim-9   (Rev. 8-11)

S. MICHELE

★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY